UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | No. 3:97-CR-64-018 |
| V. ) | (JORDAN/SHIRLEY) |
| ) | |
| ) | |
| ) | |
| RICHARD WITT ) | |

ORDER OF TEMPORARY DETENTION
PENDING REVOCATION HEARING

This matter came before the undersigned for an initial appearance on a Petition for Warrant for Offender Under Supervision on August 18, 2005. Steve Cook, Assistant United States Attorney, was present representing the government and A. Philip Lomonaco was present representing the defendant. The defendant was also present.

Upon motion of the government, and pursuant to 18 U.S.C. § 3583 and FRCrP 32.1(6), the defendant shall be detained pending a preliminary hearing and a revocation hearing. Counsel for the defendant stated to the Court that the defendant wished to waive a detention hearing at this time but reserve the right to a hearing later, if appropriate. The defendant understands he will remain in custody pending his preliminary and revocation hearing and agrees to the waiver.

The defendant shall appear before the undersigned for a preliminary hearing on **Monday, August 22, 2005,** at **11:00 a.m.**, and a revocation hearing before the **Honorable**

**Leon Jordan** on **August 22, 2005,** at **1:15 p.m.** The defendant shall be held in custody by the United States Marshal until that time and produced for the above scheduled hearing.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge